```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 34573
   BENNY W STILL JR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1701


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/30/2005 and was confirmed 11/07/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.00%.

   The case was dismissed after confirmation 06/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG        .00            .00              .00
WELLS FARGO AUTO FINANCE   SECURED         28622.67       11243.59        11421.73
WELLS FARGO AUTO FINANCE   UNSECURED       NOT FILED          .00              .00
CAPITAL ONE                UNSECURED          907.44          .00              .00
PREMIER BANCARD CHARTER    UNSECURED          537.14          .00              .00
ECAST SETTLEMENT CORP      UNSECURED          895.70          .00              .00
JC PENNY                   UNSECURED       NOT FILED          .00              .00
NUVELL CREDIT CO LLC       UNSECURED         1577.44          .00              .00
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00              .00
RJM AQUISITIONS FUNDING    NOTICE ONLY     NOT FILED          .00              .00
PROVIDIAN                  UNSECURED       NOT FILED          .00              .00
APPLETON CAPITAL           NOTICE ONLY     NOT FILED          .00              .00
SEARS                      UNSECURED       NOT FILED          .00              .00
STUDENT FINANCE CROP       UNSECURED       NOT FILED          .00              .00
TCF NATIONAL BANK          UNSECURED          331.82          .00              .00
HELLER & FRISONE           NOTICE ONLY     NOT FILED          .00              .00
TCF BANK & SAVINGS         UNSECURED       NOT FILED          .00              .00
AMERICAN COLLECTION        NOTICE ONLY     NOT FILED          .00              .00
URBAN INSURANCE AGENCY     UNSECURED       NOT FILED          .00              .00
COLLECTION COMPANY OF AM   NOTICE ONLY     NOT FILED          .00              .00
RJM ACQUISITIONS           UNSECURED          141.09          .00              .00
SUNRISE CREDIT             UNSECURED        13380.97          .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                         1,507.55
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              26,872.87


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 34573 BENNY W STILL JR
```

```
PRIORITY                                                              .00
SECURED                                                         11,421.73
    INTEREST                                                    11,243.59
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,507.55
DEBTOR REFUND                                                         .00
                                      ---------------     ---------------
TOTALS                                      26,872.87           26,872.87
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 05 B 34573 BENNY W STILL JR